ALFREDO GARIBAY
_____
NAME

#20510-085
_____
PRISON IDENTIFICATION/BOOKING NO.

FCI Lompoc II 3901 Klein Blvd.Lompoc, CA.
_____
ADDRESS OR PLACE OF CONFINEMENT      93436

Note:    If represented by an attorney, provide name, address, & telephone
         number. *It is your responsibility to notify the Clerk of Court in
         writing of any change of address.*

*FEE DUE*

FILED
CLERK, U.S. DISTRICT COURT

JUL 29 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ALFREDO GARIBAY
_____
FULL NAME (Include name under which you were convicted)

                                    Petitioner,

                    v.

FCI Lompoc II / B. Birkholz
_____
NAME OF WARDEN, (or other authorized person having custody of
petitioner)
                                    Respondent.

CASE NUMBER:

CV  2:24-CV-06615-SVW-SHK
   To be supplied by the Clerk of the United States District Court

CR  _____
   Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY
A PERSON IN FEDERAL CUSTODY
(28 U.S.C. § 2241)**

## INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☑ other.

## PETITION

1. Place of detention  FCI Lompoc II, 3901 Klein Blvd. Lompoc, CA. 93436

2. Name and location of court that imposed sentence  _____

   _____

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

   a. _____

   b. _____

   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:

   a. _____

   b. _____

   c. _____

5. Check whether a finding of guilty was made:
   a. ☐ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?  ☐ Yes    ☐ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION:**  *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a.  (1) Name of court _____ N /A _____

       (2) Result _____

       (3) Date of result _____ – _____

       (4) Citation or number of opinion _____

(5) Grounds raised (*list each*):

    (a) _____

    (b) _____

    (c) _____

    (d) _____

b.  (1) Name of court _____

    (2) Result _____

    (3) Date of result _____

    (4) Citation or number of opinion _____

    (5) Grounds raised (*list each*):

       (a) _____

       (b) _____

       (c) _____

       (d) _____

9.  State CONCISELY every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.  If necessary, attach a SINGLE page only behind this page.

**CAUTION:**  *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.  You must state facts, not conclusions, in support of your grounds.  A rule of thumb to follow:  state WHO did exactly WHAT to violate your rights at WHAT time and place.*

a.  Ground one: The removal of FSA time credits that had been properly awarded and applied to his release date.

Supporting FACTS (tell your story BRIEFLY without citing cases or law): The removal of FSA time-credits and then the subsequent refusal to reinstate them upon Petitioner's request, violated his right to Due process under the Fifth Amendment because the wrongful interpretation of the Statute, these manipulations has resulted in a longer incarceration by the BOP and has prevented his earlier reliese.

b.  Ground two: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

c.  Ground three: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

d.  Ground four: _____

Supporting FACTS (tell your story BRIEFLY without citing cases or law): _____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?    ☐ Yes ☐ No

11. If your answer to Question No. 10 was yes, give the following information:

a.  (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

_____

_____

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☐ prison discipline.
5. ☐ a parole problem.
6. ☑ other.

## PETITION

1. Place of detention _FCI Lompoc II, 3901 Klein Blvd. Lompoc, CA. 93436_

2. Name and location of court that imposed sentence _____
_____

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. _____
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. _____
   b. _____
   c. _____

5. Check whether a finding of guilty was made:
   a. ☐ After a plea of guilty
   b. ☐ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   b. ☐ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?  ☐ Yes    ☐ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION:**  *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a.  (1) Name of court _____ N /A _____
       (2) Result _____
       (3) Date of result _____
       (4) Citation or number of opinion _____

b. (1) Name of Court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

(4) Result _____

(5) Date of result _____

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

_____

_____

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:    N/A.

_____

_____

_____

_____

_____

13. Are you presently represented by counsel?  ☐ Yes  ☑ No

If so, provide name, address, and telephone number_____

_____

Case name and court _____

_____

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?    ☐ Yes  ☑ No

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___July, 24th, 2024___
        *Date*

_____
*Signature of Petitioner*



